In the Matter of JAMES J. O'BRIEN, Appellant, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, Defendants, and PAUL J. KERN et al., Constituting the Municipal Civil Service Service Commission of the City of New York, Respondents.

Submitted April 4, 1939; decided April 18, 1939.

*J. M. Lonergan* for appellant.

*William C. Chanler, Corporation Counsel (Samuel J. Silverman* and *Charles E. Hirsimaki* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.